| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Golden, Thomas M | 2. Court or Organization U.S. Eastern District Ct of PA | 3. Date of Report 1/27/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Nominee | 5. ReportType (check appropriate type) ⦿ Nomination, Date 1/25/2006 ◯ Initial ◯ Annual ◯ Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address 1100 Berkshire Boulevard Suite 201 Wyomissing, PA 19610 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing Partner | Golden Masano Bradley |
| 2. President, Officer, Member Board of Governors | Pennsylvania Bar Association |
| 3. Director | Pennsylvania Bar Foundation |
| 4. Advisory Board Member | National Penn Bank |
| 5. Co-Trustee | Trust #1 |
| 6. Executor | Estate #1 |
| 7. Chairman | Pennsylvania Supreme Court Continuing Legal Education Committee |
| 8. Advisory Board Member | Pennsylvania for Modern Courts |
| 9. Trustee | Pennsylvania Bar Insurance Fund & Trust |
| 10. Director | Pennsylvania Bar Institute |
| 11. Director | Lawyers Concerned for Lawyers, Inc. |
| 12. Co-Trustee | 401(K) Profit Sharing Plan #1 |
| 13. Co-Trustee | Trust #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Golden Masano Bradley law firm 401(K) Profit Sharing Plan |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 2. | 2006 | Golden Masano Bradley purchase agreement of law firm interest (terms not completed) |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 1/27/2006 |

## III. NON-INVESTMENT INCOME.   (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2006 | Golden Masano Bradley | 16,673. |
| 2. | 2005 | Golden Masano Bradley | 326,100. |
| 3. | 2004 | Golden Masano Bradley | 335,671. |
| 4. | 2005 | National Penn Bank - advisory board fees | 650. |
| 5. | 2004 | National Penn Bank - advisory board fees | 600 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | EXEMPT |

## V. GIFTS. (Includes those to spouse and dependent children. See pp 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Cardmember Svcs | credit card | J |
| 2. Bank of America | credit card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 1/27/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions )

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g div rent or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. US Allianz Alterity annuity | | None | K | T | Exempt | | | | |
| 2. National Penn Bancshares, Inc. - common stock | D | Dividend | M | T | | | | | |
| 3. Sovereign Bancorp Inc. - common stock | A | Dividend | L | T | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. - Cash/Money Market Fund/Bank Deposits | A | Interest | M | T | | | | | |
| 6. - Erie PA - municipal bonds | | None | K | T | | | | | |
| 7. - Bethlehem Center School District PA - municipal bonds | | None | K | T | | | | | |
| 8. - Oley Valley PA School District - municipal bond | | None | K | T | | | | | |
| 9 401(K) account - #1 | | None | N | T | | | | | |
| 10. - Russell Life Bal Str (D) Sep Account | | None | | | | | | | |
| 11. - Principal Money Mkt Sep Acct | | Interest | | | | | | | |
| 12. - Principal Bond and Mortgage Sep Acct | | Interest | | | | | | | |
| 13 - Prin Ptr Lg-Cap Value Sep Acct | | Dividend | | | | | | | |
| 14. - Prin Ptr Md-Cap Gr II Sep Acct | | Dividend | | | | | | | |
| 15. - Prin Sm Cap Stk Idx Sep Acct | | None | | | | | | | |
| 16. - Prin Ptr Lg-Cap Growth I Sep Acct | | Dividend | | | | | | | |
| 17 - Prin Ptr International Sep Acct | | Dividend | | | | | | | |
| 18. - Principal Financial Group, Inc - stock | | Dividend | | | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 1/27/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e g div rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g buy, sell, merger, redemption) | If not exempt from disclosure (2) Date. Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | If not exempt from disclosure (4) Gain Code 1 (A- H) | If not exempt from disclosure (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - Amer Cent Ultra (Adv) Sep Acct | | Dividend | | | | | | | |
| 20. - Fid Adv Mid Cap Sep Acct - | | Dividend | | | | | | | |
| 21. - Principal Sm Co Blend Sep Acct | | Dividend | | | | | | | |
| 22. IRA - account #1 | C | Dividend | M | T | | | | | |
| 23. - Liquid Asset Fund | | Interest | | | | | | | |
| 24. - Altria Group Inc - common stock | | Dividend | | | | | | | |
| 25. - Apache Corp - common stock | | Dividend | | | | | | | |
| 26. - Arrow Intl Inc - common stock | | Dividend | | | | | | | |
| 27. - Conocophillips - common stock | | Dividend | | | | | | | |
| 28. - Drill-Quip Inc - common stock | | Dividend | | | | | | | |
| 29. - Exxon Mobil Corp - common stock | | Dividend | | | | | | | |
| 30. - Guidant Corp - common stock | | Dividend | | | | | | | |
| 31. - Johnson & Johnson - common stock | | Dividend | | | | | | | |
| 32. - Kraft Foods Inc Cl A | | Dividend | | | | | | | |
| 33. - Lucent Technologies - common stock | | Dividend | | | | | | | |
| 34. - Morgan Stanley - common stock | | Dividend | | | | | | | |
| 35. - Sovereign Bancorp Inc - common stock | | Dividend | | | | | | | |
| 36. - Tyco International LTD New - common stock | | Dividend | | | | | | | |

| 1. Income/Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes. (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date-Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - Wachovia Corp 2nd New Com - common stock | | Dividend | | | | | | | |
| 38. - AXA ADS - common stock | | Dividend | | | | | | | |
| 39. IRA - account #2 | C | Dividend | M | T | | | | | |
| 40. - Liquid Asset Fund | | Interest | | | | | | | |
| 41. - Altria Group Inc - common stock | . | Dividend | | | . | | | | |
| 42. - Apache Corp - common stock | | Dividend | | | | | | | |
| 43. - Arrow Intl Inc - common stock | | Dividend | | | | | | | |
| 44. - Conocophillips - common stock | | Dividend | | | | | | | |
| 45. - Drill-Quip Inc - common stock | | Dividend | | | | | | | |
| 46. - Guidant Corp - common stock | | Dividend | | | | | | | |
| 47. - Johnson & Johnson - common stock | | Dividend | | | | | | | |
| 48. - Kraft Foods Inc Cl A | | Dividend | | | | | | | |
| 49. - Lucent Technologies - common stock | | Dividend | | | | | | | |
| 50. - Morgan Stanley - common stock | | Dividend | | | | | | | |
| 51. - Sovereign Bancorp Inc - common stock | | Dividend | | | | | | | |
| 52. - Tyco International Ltd New - common stock | | Dividend | | | | | | | |
| 53. - Wachovia Corp 2nd New Com - common stock | | Dividend | | | | | | | |
| 54. - AXA ADS - common stock | | Dividend | | | | | | | |

1. Income/Gain Codes. (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes. (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 1/27/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Cox Radio Inc CL-A | | Dividend | | | | | | | |
| 56. Inherited IRA - account #3 | E | Dividend | O | T | | | | | |
| 57. - Cash & Equivalents | | Interest | | | | | | | |
| 58. - Baxter Intl CV Pfd 7% - preferred stock | | Dividend | | | | | | | |
| 59. - Ford Cap Trust II Conv Pfd - preferred stock | | Dividend | | | | | | | |
| 60. - Travelers Property CV PFD 4.5% - preferred stock | | Dividend | | | | | | | |
| 61. - Argon St Inc - common stock | | Dividend | | | | | | | |
| 62. - Allied Capital Corporation - common stock | | Dividend | | | | | | | |
| 63. - Amsouth Bancorp - common stock | | Dividend | | | | | | | |
| 64. - Bank of America Corp - common stock | | Dividend | | | | | | | |
| 65. - Key Corp - common stock | | Dividend | | | | | | | |
| 66. - National City Corp - common stock | | Dividend | | | | | | | |
| 67. - Washington Mutual - common stock | | Dividend | | | | | | | |
| 68. - Waste Management Inc - common stock | | Dividend | | | | | | | |
| 69. - General Electric - common stock | | Dividend | | | | | | | |
| 70. - Black & Decker Corp - common stock | | Dividend | | | | | | | |
| 71. - Coast Distribution Services - common stock | | Dividend | | | | | | | |
| 72. - Chromcraft Revington Inc - common stock | | Dividend | | | | | | | |

1. Income/Gain Codes. (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - Fortune Brands Inc - common stock | | Dividend | | | | | | | |
| 74. - Centex Corp - common stock | | Dividend | | | | | | | |
| 75. - KB Home - common stock | | Dividend | | | | | | | |
| 76. - MDC Holdings Inc - common stock | | Dividend | | | | | | | |
| 77. - Standard Pacific Corp - common stock | | Dividend | | | | | | | |
| 78. - Biloxi Marsh Lands Corp - common stock | | Dividend | | | | | | | |
| 79. - Chevron Corp - common stock | | Dividend | | | | | | | |
| 80. - Conocophillips - common stock | | Dividend | | | | | | | |
| 81 - Dawson Geophysical Co - common stock | | Dividend | | | | | | | |
| 82 - Devon Energy Corp - common stock | | Dividend | | | | | | | |
| 83. - Oil States Intl - common stock | | Dividend | | | | | | | |
| 84. - Johnson and Johnson - common stock | | Dividend | | | | | | | |
| 85. - Gorman-Rupp Co - common stock | | Dividend | | | | | | | |
| 86. - 21st Century Holding Co - common stock | | Dividend | | | | | | | |
| 87. - Donegal Group Inc Cl A - common stock | | Dividend | | | | | | | |
| 88. - National Security Group - common stock | | Dividend | | | | | | | |
| 89. - TJX Companies Inc - common stock | | Dividend | | | | | | | |
| 90. - Hewlett-Packard Co - common stock | | Dividend | | | | | | | |

| 1 Income/Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91  - International Paper - common stock | | Dividend | | | | | | | |
| 92  - Anadarko Petroleum Corp - common stock | | Dividend | | | | | | | |
| 93.  - McDonalds Corp - common stock | | Dividend | | | | | | | |
| 94.  - American Int'l Group - common stock | | Dividend | | | | | | | |
| 95.  - Hooker Furniture Corp - common stock | | Dividend | | | | | | | |
| 96.  - M/I Homes Inc - common stock | | Dividend | | | | | | | |
| 97.  - Velcro Industries - common stock | | Dividend | | | | | | | |
| 98.  - Cigna Corp - common stock | | Dividend | | | | | | | |
| 99.  - Allstate Corporation - common stock | | Dividend | | | | | | | |
| 100.  - Alliance Gaming - common stock | | Dividend | | | | | | | |
| 101.  - Cisco Systems Inc - common stock | | Dividend | | | | | | | |
| 102.  - Deere & Co - common stock | | Dividend | | | | | | | |
| 103.  - Devon Energy Corp - common stock | | Dividend | | | | | | | |
| 104.  - Masco Corp - common stock | | Dividend | | | | | | | |
| 105.  - Doral Financial - common stock | | Dividend | | | | | | | |
| 106.  - Whirlpool Corp - common stock | | Dividend | | | | | | | |
| 107.  - Bel Fuse Class B- | | Dividend | | | | | | | |
| 108  National Penn Bank - account | B | Interest | M | T | | | | | |

| 1 Income/Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 1/27/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. Sovereign Bank - account | A | Interest | K | T | | | | | |
| 110. Golden Masano Bradley - partnership interest | D | Interest | M | U | | | | | |
| 111. National Penn Bank - Golden Masano Bradley ptr accounts | | None | N | W | | | | | |
| 112. Sovereign Bank - Golden Masano Bradley ptr account | | None | K | T | | | | | |
| 113. AXA Equitable - whole life policy | A | Dividend | J | T | | | | | |
| 114. AXA Equitable - whole life policy | A | Dividend | J | T | | | | | |
| 115. MetLife - flexible premium life policy | B | Interest | K | T | | | | | |
| 116. MetLife - flexible premium life policy | A | Interest | K | T | | | | | |
| 117. Trust #1 - Co-Trustee | A | Dividend | K | T | | | | | |
| 118. - National Penn Bank Cash Management | | Interest | | | | | | | |
| 119. - Artisan International Fd-Inv - common stock | | Dividend | | | | | | | |
| 120. - Excelsior Value & Restructuring Fund | | Dividend | | | | | | | |
| 121. - Harbor Capital Appreciation Fund | | Dividend | | | | | | | |
| 122. - Mairs and Power Growth Fund, Inc | | Dividend | | | | | | | |
| 123. - Pimco Total Return Fund | | Dividend | | | | | | | |
| 124. - Western Asset Core Plus Bond Portfolio | | Dividend | | | | | | | |
| 125. 401K Account #1 - Co-Trustee | | None | P1 | T | | | | | |
| 126. - Principal Financial Group -Guaranteed Interest Accounts | | Interest | | | | | | | |

1. Income/Gain Codes. (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date. Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. - Principal Money Mkt Sep Account | | Interest | | | | | | | |
| 128. - Principal Bond and Mtg Sep Acct | | Interest | | | | | | | |
| 129. - Alliance LgCap Value Sept Acct | | Dividend | | | | | | | |
| 130. - Mason St Hi YD Bd (A) Sep Acct | | Dividend | | | | | | | |
| 131. - Principal Lg Cap Stk Idx Sep Acct | | Dividend | | | | | | | |
| 132. - Principal U.S. Property Sep Acct | | Dividend | | | | | | | |
| 133. - Principal Med Co Value Sep Acct | | Dividend | | | | | | | |
| 134. - Russ Life Agg Str (D) Sep Acct | | Dividend | | | | | | | |
| 135. - Russ Life Bal Str (D) Acct | | Dividend | | | | | | | |
| 136. - Russ Life EqAg St (D) Sep Acct | | Dividend | | | | | | | |
| 137. - Russ Life Mod Str (D) Sep Acct | | Dividend | | | | | | | |
| 138. - Fidelity Md-Cp Gr II Sep Acct | | Dividend | | | | | | | |
| 139. - Principal Mid-Cap Stk Idx Sep Acct | | Dividend | | | | | | | |
| 140. - Principal Sm-Cap Stk Idx Sep Acct | | Dividend | | | | | | | |
| 141. - T. Rowe Price LgCap Growth I Sep Acct | | Dividend | | | | | | | |
| 142. - Fidelity Intl Sep Acct | | Dividend | | | | | | | |
| 143. - Prin Fin Grp Inc Stk Sep Acct | | Dividend | | | | | | | |
| 144. - Principal LifeTm 2010 Sep Acct | | Dividend | | | | | | | |

| 1 Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. - Principal LifeTm 2020 Sep Acct | | Dividend | | | | | | | |
| 146. - Principal Life Tm 2030 Sep Acct | | Dividend | | | | | | | |
| 147. - Prin Ptr Lg-Cap Value Sep Acct | | Dividend | | | | | | | |
| 148. - Prin Ptr Lg-Cap Gr 1 Sep Acct | | Dividend | | | | | | | |
| 149. - Princ Ptnr Md-Cp Gr II Sep Acct | | Dividend | | | | | | | |
| 150. - Prin Ptr International Sep Act | | Dividend | | | | | | | |
| 151. - Prin Ptr Lg-Cap Bld I Sep Acct | | Dividend | | | | | | | |
| 152. - Prin Ptr Lg-Cap Blend Sep Acct | | Dividend | | | | | | | |
| 153. - Prin Stock Emph Bal Sep Acct | | Dividend | | | | | | | |
| 154. - Russ Life Con Str (D) Sep Acct | | Dividend | | | | | | | |
| 155. - Amer Cent Ultra (Adv) Sep Acct | | Dividend | | | | | | | |
| 156. - Fid Adv Mid Cap Sep Acct | | Dividend | | | | | | | |
| 157. - INVESCO Leisure Sep Acct | | Dividend | | | | | | | |
| 158. - Principal Lg Co Grwth Sep Acct | | Dividend | | | | | | | |
| 159. - Principal Med Co Blnd Sep Acct | | Dividend | | | | | | | |
| 160. - Principal Med Co Gr Sep Acct | | Dividend | | | | | | | |
| 161. - Prin Ptr Sm-Cap Blend Sep Acct | | Dividend | | | | | | | |
| 162. - Principal Sm Co Blend Sep Acct | | Dividend | | | | | | | |

| 1 Income/Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 1/27/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e g div rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163.   - Principal Sm Co Grwth Sep Acct | | Dividend | | | | | | | |
| 164.   Estate #1 - Executor | | | | | | | | | |
| 165.   - Sovereign Bank - account | | None | | | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Golden, Thomas M | 1/27/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

1) Part I, page 1, Line 6, Estate #1 - A minimal distribution was made for the benefit of the sole beneficiary on January 26, 2005 to close the estate checking account and close the administration of the estate. The account did not receive any interest, nor were there any fees paid in 2005.

2) Part I, page 1, line 9 - Uncompensated to serve as one of several Trustees of a Trust Fund of the Pennsylvania Bar Association to promote education and charitable purposes associated with the legal profession and the administration of justice, with particular reference to the promotion of such purposes in the Commonwealth of Pennsylvania.

3). Part I. Page 1, line 13, Trust #2 - Unfunded life insurance trust. Co-Trustees are not compensated.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Golden, Thomas M | 1/27/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Thomas M. Golden_          Date _Jan 27, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 240 | 953 | Notes payable to banks-secured | . | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 326 | 989 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 23 | 968 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | 400 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 150 | 000 | | | | |
| Cash value-life insurance | | 75 | 170 | | | | |
| Other assets itemize: | | | | | | | |
| Partnership Interest | | 150 | 000 | | | | |
| Annuity and Retirement Accounts | 1 | 367 | 097 | | | | |
| | | | | Total liabilities | | 23 | 968 |
| | | | | Net Worth | 2 | 686 | 241 |
| Total Assets | 2 | 710 | 209 | Total liabilities and net worth | 2 | 710 | 209 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | 53 | 908 | Are you defendant in any suits or legal actions? | YES | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | 24 | 000 | | | | |
| Other special debt | | | | | | | |